

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1   NICHOLAS A. TRUTANICH
    United States Attorney
2   District of Nevada
    Nevada Bar Number 13644
3   ALLISON REESE
    Assistant United States Attorney
4   Nevada State Bar #13977
    501 Las Vegas Boulevard South, Suite 1100
5   Las Vegas, Nevada 89101
    (702) 388-6336 / Fax: (702) 388-5087
6   Allison.Reese@usdoj.gov
    *Representing the United States of America*

7
                    **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**
                              -oOo-
9

| | |
|---|---|
| 10  IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00081-VCF |
| IPOD SILVER/BLACK SERIAL NUMBER 8M938FHN75J (EXHIBIT #B14) ("A-1"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 13  IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00082-VCF |
| METRO PCS SAMSUNG BLACK CELL PHONE SERIAL NUMBER 268435458908508611 (EXHIBIT # B14) ("A-2"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 17  IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00083-VCF |
| VERIZON ZTE BLACK CELL PHONE SERIAL NUMBER 320284645690 (EXHIBIT # B14) ("A-3"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| 21  IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00084-VCF |
| BLACKBERRY BLACK CELL PHONE SERIAL NUMBER 32A25211 (EXHIBIT #B14) ("A-4"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |

1

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00085-VCF |
| SONY PLAYSTATION 8MB BLUE MEMORY CARD M/N N1158 (EXHIBIT # B14) ("A-5"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00086-VCF |
| SONY PLAYSTATION 8MB RED MEMORY CARD M/N N1158 (EXHIBIT # B14) ("A-6"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00087-VCF |
| APPLE WATCH SERIES 3 BLACK NO SERIAL NUMBER (EXHIBIT #B14) ("A-7"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00088-VCF |
| BITCOIN ANTMINER S9 SERIAL NUMBER YDFT14PAHJBJD4819 (EXHIBIT #B29) ("A-8"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00089-VCF |
| BITCOIN ANTMINER S9 SERIAL NUMBER ZRYT308AHJABC6434 (EXHIBIT #30) ("A-9"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00090-VCF |
| TOSHIBA LAPTOP SILVER/BLACK SERIAL NUMBER 3D105445Q (EXHIBIT #B21) ("A-10"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>LENOVO THINKPAD BLACK SERIAL NUMBER PK2Z9TC (EXHIBIT #B27) ("A-11"). | Magistrate No. 2:20-mj-00091-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>TOSHIBA LAPTOP BLUE SERIAL NUMBER 48165950K (EXHIBIT #B16) ("A-12"). | Magistrate No. 2:20-mj-00092-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LENOVO THINKPAD BLACK SERIAL NUMBER 1S0A33932R9TEA7A (EXHIBIT #B17) ("A-13"). | Magistrate No. 2:20-mj-00093-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LENOVO THINKPAD BLACK SERIAL NUMBER PK-1PWFM13/10 (EXHIBIT #B15) ("A-14"). | Magistrate No. 2:20-mj-00094-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>APPLE IPHONE RED IMEI 356080094066463 (EXHIBIT #B1) ("A-15"). | Magistrate No. 2:20-mj-00095-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF:<br><br>RED MEDIA MACHINE HYDROGEN CELL PHONE BLACK NO SERIAL NUMBER (EXHIBIT #B2) ("A-16"). | Magistrate No. 2:20-mj-00096-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00097-VCF |
| PANASONIC LUMIX CAMERA BLACK SERIAL NUMBER FM0GB006007 (EXHIBIT #B4) ("A-17"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00098-VCF |
| APPLE IPHONE BLUE/BLACK IMEI 358823051937483 (EXHIBIT #B12) ("A-18"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00099-VCF |
| VERIZON LG CELL PHONE BLACK SERIAL NUMBER 905CYBD2749613 (EXHIBIT #B13) ("A-19"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-000100-VCF |
| SANDISK 256GB FLASH DRIVE BLACK SERIAL NUMBER BQ180726269B (EXHIBIT #B13) ("A-20"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00101-VCF |
| SONY ERICSSON CELL PHONE BLACK SERIAL NUMBER BX901YJGA7 (EXHIBIT #B13) ("A-21"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00102-VCF |
| LG CELL PHONE BLACK SERIAL NUMBER 002KPCA0113627 (EXHIBIT #B13) ("A-22"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00103-VCF |
| BLACKBERRY CELL PHONE BLACK SERIAL NUMBER L6ARCU20CW (EXHIBIT #B13)  ("A-23"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00104-VCF |
| MICRO SD CARD BLACK NO SERIAL NUMBER (EXHIBIT #B20) ("A-24"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00105-VCF |
| USB FLASHDRIVE BLACK NO SERIAL NUMBER (EXHIBIT #B20)  ("A-25"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00106-VCF |
| OLYMPUS XD PICTURE CARD NO SERIAL NUMBER (EXHIBIT #B20) ("A-26"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: | Magistrate No. 2:20-mj-00107-VCF |
| AT&T SAMSUNG CELL PHONE BLACK SERIAL NUMBER RF8KA2NW8SX (EXHIBIT #B22) ("A-27"). | **GOVERNMENT'S MOTION TO UNSEAL CASE** |

**CERTIFICATION:  This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, NICHOLAS

A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney,

and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the

1  undersigned requests to unseal the Search Warrants filed under the instant cases and all related

2  documents in anticipation of producing the same as discovery in Case No. 2:20-mj-00135-BNW.

3

4         DATED this 15th day of May, 2020.

5                                                    Respectfully submitted,
                                                     NICHOLAS A. TRUTANICH
                                                     United States Attorney
6

7         ALLISON                Digitally signed by
          REESE                  ALLISON REESE
                                 Date: 2020.05.15
                                 12:31:44 -07'00'
8         ALLISON REESE
          Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                                6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>IPOD SILVER/BLACK SERIAL NUMBER 8M938FHN75J (EXHIBIT #B14) ("A-1"). | Magistrate No. 2:20-mj-00081-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>METRO PCS SAMSUNG BLACK CELL PHONE SERIAL NUMBER 268435458908508611 (EXHIBIT # B14) ("A-2"). | Magistrate No. 2:20-mj-00082-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>VERIZON ZTE BLACK CELL PHONE SERIAL NUMBER 320284645690 (EXHIBIT # B14) ("A-3"). | Magistrate No. 2:20-mj-00083-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>BLACKBERRY BLACK CELL PHONE SERIAL NUMBER 32A25211 (EXHIBIT #B14) ("A-4"). | Magistrate No. 2:20-mj-00084-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SONY PLAYSTATION 8MB BLUE MEMORY CARD M/N N1158 (EXHIBIT # B14) ("A-5"). | Magistrate No. 2:20-mj-00085-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>SONY PLAYSTATION 8MB RED MEMORY CARD M/N N1158 (EXHIBIT # B14)  ("A-6"). | Magistrate No. 2:20-mj-00086-VCF<br><br>**ORDER TO UNSEAL** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>APPLE WATCH SERIES 3 BLACK NO SERIAL NUMBER (EXHIBIT #B14) ("A-7"). | Magistrate No. 2:20-mj-00087-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>BITCOIN ANTMINER S9 SERIAL NUMBER YDFT14PAHJBJD4819 (EXHIBIT #B29) ("A-8"). | Magistrate No. 2:20-mj-00088-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>BITCOIN ANTMINER S9 SERIAL NUMBER ZRYT308AHJABC6434 (EXHIBIT #30) ("A-9"). | Magistrate No. 2:20-mj-00089-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>TOSHIBA LAPTOP SILVER/BLACK SERIAL NUMBER 3D105445Q (EXHIBIT #B21) ("A-10"). | Magistrate No. 2:20-mj-00090-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LENOVO THINKPAD BLACK SERIAL NUMBER PK2Z9TC (EXHIBIT #B27) ("A-11"). | Magistrate No. 2:20-mj-00091-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>TOSHIBA LAPTOP BLUE SERIAL NUMBER 48165950K (EXHIBIT #B16) ("A-12"). | Magistrate No. 2:20-mj-00092-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LENOVO THINKPAD BLACK SERIAL NUMBER 1S0A33932R9TEA7A (EXHIBIT #B17) ("A-13"). | Magistrate No. 2:20-mj-00093-VCF<br><br>**ORDER TO UNSEAL** |

| | |
|---|---|
| 1 | |
| 2 | IN THE MATTER OF THE SEARCH OF:  Magistrate No. 2:20-mj-00094-VCF |
| 3 | LENOVO THINKPAD BLACK SERIAL NUMBER PK-1PWFM13/10 (EXHIBIT #B15) ("A-14").  **ORDER TO UNSEAL** |

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-00094-VCF

LENOVO THINKPAD BLACK SERIAL
NUMBER PK-1PWFM13/10 (EXHIBIT
#B15) ("A-14").

**ORDER TO UNSEAL**

---

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-00095-VCF

APPLE IPHONE RED IMEI
356080094066463 (EXHIBIT #B1) ("A-15").

**ORDER TO UNSEAL**

---

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-00096-VCF

RED MEDIA MACHINE HYDROGEN
CELL PHONE BLACK NO SERIAL
NUMBER (EXHIBIT #B2)  ("A-16").

**ORDER TO UNSEAL**

---

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-00097-VCF

PANASONIC LUMIX CAMERA BLACK
SERIAL NUMBER FM0GB006007
(EXHIBIT #B4)  ("A-17").

**ORDER TO UNSEAL**

---

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-00098-VCF

APPLE IPHONE BLUE/BLACK IMEI
358823051937483 (EXHIBIT #B12)
("A-18").

**ORDER TO UNSEAL**

---

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-00099-VCF

VERIZON LG CELL PHONE BLACK
SERIAL NUMBER 905CYBD2749613
(EXHIBIT #B13)  ("A-19").

**ORDER TO UNSEAL**

---

IN THE MATTER OF THE SEARCH OF:    Magistrate No. 2:20-mj-000100-VCF

SANDISK 256GB FLASH DRIVE BLACK
SERIAL NUMBER BQ180726269B
(EXHIBIT #B13)  ("A-20").

**ORDER TO UNSEAL**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SONY ERICSSON CELL PHONE BLACK SERIAL NUMBER BX901YJGA7 (EXHIBIT #B13) ("A-21"). | Magistrate No. 2:20-mj-00101-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>LG CELL PHONE BLACK SERIAL NUMBER 002KPCA0113627 (EXHIBIT #B13) ("A-22"). | Magistrate No. 2:20-mj-00102-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>BLACKBERRY CELL PHONE BLACK SERIAL NUMBER L6ARCU20CW (EXHIBIT #B13) ("A-23"). | Magistrate No. 2:20-mj-00103-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>MICRO SD CARD BLACK NO SERIAL NUMBER (EXHIBIT #B20) ("A-24"). | Magistrate No. 2:20-mj-00104-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>USB FLASHDRIVE BLACK NO SERIAL NUMBER (EXHIBIT #B20) ("A-25"). | Magistrate No. 2:20-mj-00105-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>OLYMPUS XD PICTURE CARD NO SERIAL NUMBER (EXHIBIT #B20) ("A-26"). | Magistrate No. 2:20-mj-00106-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>AT&T SAMSUNG CELL PHONE BLACK SERIAL NUMBER RF8KA2NW8SX (EXHIBIT #B22) ("A-27"). | Magistrate No. 2:20-mj-00107-VCF<br><br>**ORDER TO UNSEAL** |

1   Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY

2   ORDERED that the instant cases shall be unsealed.

3   DATED this _____ day of May, 2020.

4

5   _____

6   HONORABLE CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24